**MADE JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13       UNITED STATES DISTRICT COURT
14       CENTRAL DISTRICT OF CALIFORNIA
15       WESTERN DIVISION

16  AIDS HEALTHCARE         )   Case No. CV-10-9126 GW (FMCx)
    FOUNDATION,             )
17                          )   **ORDER ON STIPULATION FOR**
                            )   **DISMISSAL OF ACTION**
18          Plaintiff,      )   **WITHOUT PREJUDICE**
                            )
19     v.                   )
                            )
20  BRISTOL-MYERS SQUIBB    )
    COMPANY, and DOES 1 – 10, )
21                          )
                            )
22          Defendants.     )
                            )
23                          )
                            )
24  _____)
25
26
27
28

THIS COURT, having reviewed the parties' Stipulation for Dismissal of Action Without Prejudice, and having found that the requirements set forth in Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for voluntary dismissal of the above-captioned action have been met, now therefore,

IT IS HEREBY ORDERED that the above-captioned action be dismissed in its entirety without prejudice, with each party to bear its own costs and attorneys' fees.

The status conference scheduled for May 23, 2011 in this matter is VACATED.

Dated: April 7, 2011

_____
GEORGE H. WU, U.S. District Judge

Approved as to form:

ARNOLD & PORTER LLP

By: _____
    Sharon D. Mayo

    Attorneys for Defendant Bristol-Myers Squibb Company

AIDS HEALTHCARE FOUNDATION

By: _____
    Tom Myers

    Attorneys for plaintiff AIDS Healthcare Foundation

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on April ____, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April ____, 2011.

                                                    Sharon D. Mayo
                                                  ARNOLD & PORTER LLP
                                                  One Embarcadero Center, 22nd Floor
                                                  San Francisco, CA 94111
                                                  Telephone:  (415) 356-3000
                                                  Facsimile:  (415) 356-3099
                                                  E-mail:  sharon.mayo@aporter.com

**Mailing Information for a Case 2:10-cv-09126-GW -FMO**

**I.     Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fred Brian Chase**
  brian.chase@aidshealth.org
- **Thomas Andrew Myers**
  tom.myers@aidshealth.org

**II.     Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

- 3 -